TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00051-CR

Paul Thomas, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT

NO. A-98-0205-S, HONORABLE BARBARA WALTHER, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Appellant's Motion

Filed: April 22, 1999

Do Not Publish